# United States Court of Appeals
## For the First Circuit

No. 23-1069

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs - Appellants,

JONATHAN FELICIANO; SANDRA SALMERON,

Plaintiffs,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants - Appellees.

**ORDER OF COURT**

Entered: August 26, 2024
Pursuant to 1st Cir. R. 27.0(d)

Judge Lipez has concluded that he must now recuse from this case. Judge Montecalvo is hereby substituted for Judge Lipez on the panel pursuant to Internal Operating Procedure VII(D)(4).

By the Court:

Maria R. Hamilton, Clerk

cc:
Mary Elizabeth McAlister
Andrew David Beckwith

Vernadette Ramirez Broyles
Samuel Whiting
David S. Lawless
Nancy Frankel Pelletier
Bennett H. Klein
Gary D. Buseck
Mary Lisa Bonauto
Christopher Erchull
Carl F. Schmitt
Ilya Shapiro
William Anthony Estrada
Adam Shelton
Gary Lawkowski
Steven W. Fitschen
Luke Berg
John Marc Wheat
Peter Martin Torstensen Jr.
David Andrew Cortman
Gene C. Schaerr
Jennifer C. Braceras
Arielle Brooks Kristan
Elizabeth E. Monnin-Browder
Ruth A. Bourquin
Alexandra Arnold
Karen Lee Loewy
Adam Cambier
William M. Tong
Peter F. Neronha