No. 23-1069

# United States Court of Appeals for the First Circuit

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs-Appellants,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants-Appellees.

Appeal from the United States District Court
for the District of Massachusetts
Springfield Division
Case No. 3:22-cv-30041-MGM

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR**
*AMICUS CURIAE* **THE INDEPENDENT WOMEN'S LAW CENTER**

GENE C. SCHAERR
  *Counsel of Record*
SCHAERR | JAFFE LLP
1717 K Street NW Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Amicus Curiae*

Pursuant to Local Rule 12(b), the undersigns hereby moves for leave to withdraw the appearance of Jennifer Braceras as counsel for *Amicus Curiae* Independent Women's Law Center.  *Amicus* will continue to be represented by the undersigned.

Respectfully submitted,

*/s/ Gene C. Schaerr*
GENE C. SCHAERR
  *Counsel of Record*
SCHAERR|JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Amicus Curiae*

September 3, 2024