# United States Court of Appeals
## For the First Circuit

---

No. 23-1069

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors;
MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs - Appellants,

JONATHAN FELICIANO; SANDRA SALMERON,

Plaintiffs,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: September 3, 2024
Pursuant to 1st Cir. R. 27.0(d)

Attorney Jennifer Braceras has filed a motion to withdraw as counsel of record for Amicus Curiae Independent Women's Law Center. Upon consideration, the motion is allowed. Amicus Curiae Independent Women's Law Center will continue to be represented by its remaining counsel of record, attorney Gene C. Schaerr.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mary Elizabeth McAlister, Andrew David Beckwith, Vernadette Ramirez Broyles, Samuel Whiting, David S. Lawless, Nancy Frankel Pelletier, Bennett H. Klein, Gary D. Buseck, Mary Lisa Bonauto, Christopher Erchull, Carl F. Schmitt, Ilya Shapiro, William Anthony Estrada, Adam Shelton, Gary Lawkowski, Steven W. Fitschen, Luke Berg, John Marc Wheat, Peter Martin Torstensen Jr., David Andrew Cortman, Gene C. Schaerr, Jennifer C. Braceras, Arielle Brooks Kristan, Elizabeth E. Monnin-Browder, Ruth A. Bourquin, Alexandra Arnold, Karen Lee Loewy, Adam Cambier, William M. Tong, Peter F. Neronha