United States Court of Appeals
For the First Circuit

No. 23-1069

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs - Appellants,

JONATHAN FELICIANO; SANDRA SALMERON,

Plaintiffs,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants - Appellees.

## NOTICE OF CHANGE OF ADDRESS

Child and Parental Rights Campaign hereby provides notice of change of address. The firm changed its address effective January 13, 2025. The firm's current address is:

**Child and Parental Rights Campaign**
**5425 Peachtree Pkwy, Ste 110**
**Norcross, GA 30092**

All other contact information remains the same.

Respectfully submitted this 14th day of January, 2025

CHILD & PARENTAL RIGHTS CAMPAIGN

*/s/ Mary E. McAlister*
Mary E. McAlister*
VA Bar No. 76057
Ernest G. Trakas*
MO Bar No. 33813
Vernadette Broyles*
GA Bar No. 593026
Athina Giouvalakis*
SD Bar No. 5563
CHILD & PARENTAL RIGHTS CAMPAIGN
5425 Peachtree Pkwy, Ste 110
Norcross, GA 30092
Telephone (770) 448-4525
etrakas@childparentrights.org
mmcalister@childparentrights.org
vbroyles@childparentrights.org
agiouvalakis@childparentrights.org
*\* Admitted Pro Hac Vice*
 *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 14th of January 2025.

<u>/s/ Mary E. McAlister</u>
Mary E. McAlister, Esq.