No. 23-1069
United States Court of Appeals
for the First Circuit

STEPHEN FOOTE, individually and as Guardian and next friend
of B.F. and G.F., minors; MARISSA SILVESTRI, individually
and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs-Appellants,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA,
former Superintendent; LISA NEMETH, Interim Superintendent;
STACY MONETTE, Principal, Baird Middle School;
MARIE-CLAIRE FOLEY, school counselor, Baird Middle School;
JORDAN FUNKE, former librarian, Baird Middle School;
TOWN OF LUDLOW,

Defendants-Appellees.

Appeal from the United States District Court
for the District of Massachusetts
Springfield Division
Case No. 3:22-cv-30041-MGM

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR *AMICUS CURIAE*
CENTER FOR AMERICAN LIBERTY

Pursuant to Local Rule 12(b), the undersigns hereby moves for leave to withdraw the appearance of Gary Lawkowski as counsel for *Amicus Curiae* Center for American Liberty. Amicus will be represented by Ronald Coleman who will enter his appearance.

Dated: January 17, 2025                             Respectfully submitted,

                                                    /s/*Gary M. Lawkowski*
                                                    Gary M. Lawkowski
                                                    DHILLON LAW GROUP, INC.
                                                    2121 Eisenhower Avenue, Suite 608
                                                    Alexandria, Virginia 22314
                                                    Telephone: 703-574-1654
                                                    GLawkowski@Dhillonlaw.com