# United States Court of Appeals
## For the First Circuit

No. 23-1069

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs - Appellants,

JONATHAN FELICIANO; SANDRA SALMERON,

Plaintiffs,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants - Appellees.

**ORDER OF COURT**

Entered: January 17, 2025
Pursuant to 1st Cir. R. 27.0(d)

Attorney Gary Lawkowski has moved to withdraw as counsel on behalf of Amicus Curiae Center For American Liberty. Because only individuals may proceed pro se, the motion to withdraw is denied without prejudice to renewal once successor counsel enters an appearance on Center For American Liberty's behalf.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Mary Elizabeth McAlister, Andrew David Beckwith, Vernadette Ramirez Broyles, Samuel Whiting, David S. Lawless, Nancy Frankel Pelletier, Bennett H. Klein, Gary D. Buseck, Mary Lisa Bonauto, Christopher Erchull, Carl F. Schmitt, Ilya Shapiro, William Anthony Estrada, Adam Shelton, Gary Lawkowski, Steven W. Fitschen, Luke Berg, John Marc Wheat, Peter Martin Torstensen Jr., David Andrew Cortman, Gene C. Schaerr, Arielle Brooks Kristan, Elizabeth E. Monnin-Browder, Ruth A. Bourquin, Alexandra Arnold, Karen Lee Loewy, Adam Cambier, William M. Tong, Peter F. Neronha