# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1069          Short Title: **Foote, et al v. Ludlow School Committee**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: __CENTER FOR AMERICAN LIBERTY__ as the

[ ] appellant(s)        [ ] appellee(s)        [✓] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

__/s/ Ronald Coleman__          __1/21/2025__
Signature                        Date

__Ronald Coleman__
Name

__Dhillon Law Group__             __973.298.1723__
Firm Name (if applicable)         Telephone Number

__50 Park Place, Suite 1105__     _____
Address                           Fax Number

__Newark, NJ 0710__               __rcoleman@dhillonlaw.com__
City, State, Zip Code             Email (required)

Court of Appeals Bar Number: __1135127__

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).