No. 23-1069

_____

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

_____

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors and MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,
*Plaintiffs - Appellants*,

JONATHAN FELICIANO; SANDRA SALMERSON,
*Plaintiffs*,

vs.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,
*Defendants-Appellees*.

_____

Appeal from the United States District Court for the District of Massachusetts
Springfield Division
Case No. 3:22-cv-30041-MGM

_____

**MOTION FOR LEAVE
TO FILE NOTICE OF
APPEARANCE OF RONALD D. COLEMAN
PER LOCAL RULE 12.0(a)**

1. Pursuant to Local Rule 12.0(a) of the Federal Rules of Appellate Procedure, attorney Ronald D. Coleman respectfully moves the Court to have his appearance entered on behalf of Center for American Liberty ("CAL") as *Amicus Curiae*.

2. Attorney Coleman is entering his appearance to replace attorney Gary M. Lawkowski (*see* Entry ID: 6693998), who has recently left the firm to join the new administration.

3. Attached to this motion as Exhibit A is the proposed Notice of Appearance for attorney Coleman.

4. No party will be unduly prejudiced if this motion is granted.

## CONCLUSION

For the reasons stated above, CAL respectfully requests that the Court grant this motion for permission to file the Notice of Appearance Ronald D. Coleman in this case.

Dated: January 22, 2025

                      /s/ *Ronald D. Coleman*
                      Ronald D. Coleman
                      Dhillon Law Group, Inc.
                      50 Park Place, Suite 1105
                      Newark, NJ 07102
                      973-298-1723
                      rcoleman@dhillonlaw.com

                      *Attorneys for Amicus Curiae*
                      *Center for American Liberty*

## CERTIFICATION OF SERVICE

I certify that on January 22, 2025, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit through the CM/ECF system.

I further certify that the participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Ronald D. Coleman*
Ronald D. Coleman

# **EXHIBIT A**

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1069    Short Title: Foote, et al v. Ludlow School Committee

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__CENTER FOR AMERICAN LIBERTY_____ as the

[ ] appellant(s)        [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)

/s/ Ronald Coleman                      1/21/2025
Signature                               Date

Ronald Coleman
Name

Dhillon Law Group                       973.298.1723
Firm Name (if applicable)               Telephone Number

50 Park Place, Suite 1105               _____
Address                                 Fax Number

Newark, NJ 0710                         rcoleman@dhillonlaw.com
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1135127

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes    Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).