# United States Court of Appeals
## For the First Circuit

No. 23-1069

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs - Appellants,

JONATHAN FELICIANO; SANDRA SALMERON,

Plaintiffs,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants - Appellees.

**ORDER OF COURT**

Entered: January 23, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration, Attorney Ronald Coleman's motion for leave to enter an appearance on behalf of Amicus Curiae Center for American Liberty is granted. Attorney Coleman's notice of appearance is accepted for filing as of this date. Attorney Coleman's motion is further construed as containing a renewed motion to withdraw the appearance of Attorney Gary M. Lawkowski, and that motion is granted. Attorney Lawkowski is hereby withdrawn as counsel of record, and Amicus Curiae will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mary Elizabeth McAlister
Andrew David Beckwith

Vernadette Ramirez Broyles
Samuel Whiting
David S. Lawless
Nancy Frankel Pelletier
Bennett H. Klein
Gary D. Buseck
Mary Lisa Bonauto
Christopher Erchull
Carl F. Schmitt
Ilya Shapiro
William Anthony Estrada
Adam Shelton
Ronald D. Coleman
Gary Lawkowski
Steven W. Fitschen
Luke Berg
John Marc Wheat
Peter Martin Torstensen Jr.
David Andrew Cortman
Gene C. Schaerr
Arielle Brooks Kristan
Elizabeth E. Monnin-Browder
Ruth A. Bourquin
Alexandra Arnold
Karen Lee Loewy
Adam Cambier
William M. Tong
Peter F. Neronha