# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1069     Short Title: **Foote, et al v. Ludlow School Committee**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: __CENTER FOR AMERICAN LIBERTY_____ as the

[ ] appellant(s)   [ ] appellee(s)   [✓] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

__/s/ Ronald Coleman_____
Signature

__1/21/2025_____
Date

__Ronald Coleman_____
Name

__Dhillon Law Group_____
Firm Name (if applicable)

__973.298.1723_____
Telephone Number

__50 Park Place, Suite 1105_____
Address

_____
Fax Number

__Newark, NJ 0710_____
City, State, Zip Code

__rcoleman@dhillonlaw.com_____
Email (required)

Court of Appeals Bar Number: __1135127__

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).