# United States Court of Appeals
## For the First Circuit

————————————

No. 23-1069

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs, Appellants,

JONATHAN FELICIANO; SANDRA SALMERON,

Plaintiffs,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants, Appellees.

————————————

**JUDGMENT**

Entered: February 18, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of the motion to dismiss is affirmed. Costs are awarded to the appellees.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Mary Elizabeth McAlister, Andrew David Beckwith, Vernadette Ramirez Broyles, Samuel Whiting, David S. Lawless, Nancy Frankel Pelletier, Bennett H. Klein, Gary D. Buseck, Mary Lisa Bonauto, Christopher Erchull, Carl F. Schmitt, Ilya Shapiro, William Anthony Estrada, Adam Shelton, Ronald D. Coleman, Steven W. Fitschen, Luke Berg, John Marc Wheat, Peter Martin Torstensen Jr., David Andrew Cortman, Gene C. Schaerr, Arielle Brooks Kristan, Elizabeth E.

Monnin-Browder, Ruth A. Bourquin, Alexandra Arnold, Karen Lee Loewy, Adam Cambier, William M. Tong, Peter F. Neronha