# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 5, 2025

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

> Re: Stephen Foote, Individually and as Guardian and Next Friend of
> B.F. and G.F.,
> Minors, et al.
> v. Ludlow School Committee, et al.
> Application No. 24A848
> (Your No. 23-1069)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Jackson, who on March 5, 2025, extended the time to and including June 18, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Ms. Mary Elizabeth McAlister
Child & Parental Rights Campaign, Inc.
5425 Peachtree Parkway
Suite 110
Norcross, GA  30092


Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



quadient

FIRST-CLASS MAIL
IMI
$000.69
03/06/2025 ZIP 20543
043M31261251

US POSTAGE



0221083025 CO79

