# United States Court of Appeals
## For the First Circuit

No. 23-1069

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs - Appellants,

JONATHAN FELICIANO; SANDRA SALMERON,

Plaintiffs,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants - Appellees.

**MANDATE**

Entered: March 12, 2025

    In accordance with the judgment of February 18, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Alexandra Arnold
Andrew David Beckwith
Luke Berg
Mary Lisa Bonauto
Ruth A. Bourquin

Vernadette Ramirez Broyles
Gary D. Buseck
Adam Cambier
Ronald D. Coleman
David Andrew Cortman
Christopher Erchull
William Anthony Estrada
Steven W. Fitschen
Nancy Frankel Pelletier
Bennett H. Klein
Arielle Brooks Kristan
David S. Lawless
Karen Lee Loewy
Mary Elizabeth McAlister
Elizabeth E. Monnin-Browder
Peter F. Neronha
Gene C. Schaerr
Carl F. Schmitt
Ilya Shapiro
Adam Shelton
William M. Tong
Peter Martin Torstensen Jr.
John Marc Wheat
Samuel Whiting