# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 27, 2025

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Stephen Foote, Individually and as Guardian and Next Friend of B.F. and G.F.,
Minors, et al.
v. Ludlow School Committee, et al.
Application No. 24A848
(Your No. 23-1069)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Jackson, who on May 27, 2025, extended the time to and including July 18, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Angela Jimenez
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. John J. Bursch
Alliance Defending Freedom
440 First Street, NW
Suite 600
Washington, DC  20001

Ms. Mary Elizabeth McAlister
Child & Parental Rights Campaign, Inc.
5425 Peachtree Pkwy, Suite 110
Norcross, GA  30092

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



quadient
FIRST-CLASS MAIL
IMI
$000.69
05/28/2025 ZIP 20543
043M31266310