# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1069          **Short Title:** Foote v. Ludlow

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Montana and 18 other States (see attached Addendum)  as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Christian B. Corrigan                    06/17/2025
Signature                                    Date

Christian B. Corrigan
Name

State of Montana - Department of Justice     (406) 444-2026
Firm Name (if applicable)                    Telephone Number

215 N. Sanders                               (406) 444-3546
Address                                      Fax Number

Helena, MT 59620                             christian.corrigan@mt.gov; edoj@mt.gov
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1208173

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# ADDENDUM

**Appearance for (continued):**
Alabama
Arkansas
Georgia
Idaho
Indiana
Iowa
Kansas
Kentucky
Louisiana
Nebraska
Oklahoma
South Carolina
South Dakota
Tennessee
Texas
Utah
Virginia
West Virginia