# No. 23-1069

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,
*Plaintiffs-Appellees*,

JONATHAN FELICIANO; SANDRA SALMERON,
*Plaintiffs*

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,
*Defendants-Appellees*

_____

On Appeal from the United States District Court
for the District of Massachusetts
Case No. 22-cv-30041
District Judge Mark G. Mastroianni

## MOTION FOR LEAVE TO FILE NOTICE OF WITHDRAWAL OF COUNSEL

| | |
|---|---|
| AUSTIN KNUDSEN<br>Montana Attorney General<br><br>MONTANA DEPARTMENT OF JUSTICE<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: (406) 444-2026<br>christian.corrigan@mt.gov | CHRISTIAN B. CORRIGAN<br>  *Solicitor General*<br><br>PETER M. TORSTENSEN, JR.<br>  *Assistant Solicitor General* |

Pursuant to 1st Cir. R. 45.5(c) and Fed. R. App. P. 27, Christian B. Corrigan, counsel for Amicus Curiae State of Montana respectfully moves this Court for leave to withdraw attorney Peter M. Torstensen, Jr. as counsel of record and to file the attached Notice of Withdrawal.

In support of this motion, undersigned counsel states that Peter M. Torstensen, Jr. left employment with the State of Montana as of June 6, 2025.

DATED June 20, 2025.   Respectfully Submitted,

Austin Knudsen
MONTANA ATTORNEY GENERAL

*s/Christian B. Corrigan*
Christian B. Corrigan
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
christian.corrigan@mt.gov

*Counsel for Amicus Curiae State of Montana*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 29(a)(5) and 32(a)(7)(B)(i) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 76 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook text of 14 points, is double-spaced except for footnotes and for quoted and indented material.

/s/    *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: June 20, 2025            /s/    *Christian B. Corrigan*
                                CHRISTIAN B. CORRIGAN