# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

July 22, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  Stephen Foote, Individually and as Guardian and Next Friend of
B. F. and G. F.,
Minors, et al.
v. Ludlow School Committee, et al.
No. 25-77
(Your No. 23-1069)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 18, 2025 and placed on the docket July 22, 2025 as No. 25-77.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst