No. 23-1069

_____

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors (Plaintiffs-Appellants) JONATHAN FELICIANO; SANDRA SALMERON (Plaintiffs),

*Plaintiffs - Appellants,*

*v.*

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

*Defendants – Appellees.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**
_____

Alexandra Arnold hereby moves for leave to withdraw her appearance as counsel for *amicus curiae* American Civil Liberties Union of Massachusetts, Inc. ("ACLUM") as she is no longer at the firm. ACLUM is still represented by other counsel in this case.

Date: September 2, 2025

Respectfully submitted,

*/s/ Alexandra Arnold*
Alexandra Arnold (No. 1205706)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

## CERTIFICATE OF SERVICE

I certify that on September 2, 2025, the foregoing document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: September 2, 2025                         */s/ Alexandra Arnold*
                                                                Alexandra Arnold