No. 23-1069

_____

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors (Plaintiffs-Appellants) JONATHAN FELICIANO; SANDRA SALMERON (Plaintiffs),
*Plaintiffs - Appellants,*
*v.*

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,
*Defendants – Appellees.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

**MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE
PER LOCAL RULE 12.0(a)**

_____

1. Jessie J. Rossman hereby moves for leave to file her appearance as counsel for *amicus curiae* American Civil Liberties Union of Massachusetts, Inc. ("ACLUM") in this case;

2. Ms. Rossman moves to enter her appearance to replace attorney Ruth Bourquin who is no longer at the organization;

3. A proposed Notice of Appearance is attached hereto as Exhibit A;

4. No party will be unduly prejudiced if this motion is granted.

For the reasons stated above, ACLUM respectfully moves that the Court grant this motion for permission to file the Notice of Appearance of Jessie J. Rossman in this case.

Date: September 2, 2025

Respectfully submitted,

*/s/ Jessie J. Rossman*
Jessie J. Rossman (No. 1161236)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jrossman@aclum.org

*Counsel for amicus curiae*

## CERTIFICATE OF SERVICE

I certify that on September 2, 2025, the foregoing document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: September 2, 2025

*/s/ Jessie J. Rossman*
Jessie J. Rossman

# EXHIBIT A

# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 23-1069  **Short Title:** Foote v. Ludlow School Comm

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>American Civil Liberties Union of Massachusetts</u> as the

[ ] appellant(s)  [ ] appellee(s)  [✓] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

<u>Jessie J. Rossman</u>  <u>09/02/2025</u>
Signature  Date

<u>Jessie J. Rossman</u>
Name

<u>ACLU of Massachusetts</u>  <u>617-482-3170</u>
Firm Name (if applicable)  Telephone Number

<u>One Center Plaza, Suite 850</u>
Address  Fax Number

<u>Boston, MA 02108</u>  <u>jrossman@aclum.org</u>
City, State, Zip Code  Email (required)

Court of Appeals Bar Number: <u>1161236</u>

Has this case or any related case previously been on appeal?

[✓] No  [ ] Yes  Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).