# United States Court of Appeals
## For the First Circuit

No. 23-1069

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs - Appellants,

JONATHAN FELICIANO; SANDRA SALMERON,

Plaintiffs,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants - Appellees.

### ORDER OF COURT

Entered: September 4, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Jessie J. Rossman's motion for leave to enter an appearance on behalf of Amicus Curiae American Civil Liberties Union of Massachusetts, is granted. Attorney Rossman's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Mary Elizabeth McAlister, Andrew David Beckwith, Vernadette Ramirez Broyles, Samuel Whiting, David S. Lawless, Nancy Frankel Pelletier, Bennett H. Klein, Gary D. Buseck, Mary Lisa Bonauto, Christopher Erchull, Carl F. Schmitt, Ilya Shapiro, William Anthony Estrada, Adam Shelton, Ronald D. Coleman, Steven W. Fitschen, Luke Berg, John Marc Wheat, David Andrew Cortman, Gene C. Schaerr, Arielle Brooks Kristan, Elizabeth E. Monnin-Browder, Ruth A. Bourquin, Jessie J. Rossman, Karen Lee Loewy, Adam Cambier, William M. Tong, Peter F. Neronha