# United States Court of Appeals
## For the First Circuit

No. 23-1069

STEPHEN FOOTE, individually and as Guardian and next friend of B.F. and G.F., minors; MARISSA SILVESTRI, individually and as Guardian and next friend of B.F. and G.F., minors,

Plaintiffs - Appellants,

JONATHAN FELICIANO; SANDRA SALMERON,

Plaintiffs,

v.

LUDLOW SCHOOL COMMITTEE; TODD GAZDA, former Superintendent; LISA NEMETH, Interim Superintendent; STACY MONETTE, Principal, Baird Middle School; MARIE-CLAIRE FOLEY, school counselor, Baird Middle School; JORDAN FUNKE, former librarian, Baird Middle School; TOWN OF LUDLOW,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 20, 2023
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellants Stephen Foote and Marissa Silvestri on March 13, 2023, are not in compliance with the following Federal Rules of Appellate Procedure

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). *The caption on the appellants' brief and appendix does not match the caption used by this court.*

Appellants Stephen Foote and Marissa Silvestri are ordered to file a conforming brief and appendix by **March 27, 2023**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mary Elizabeth McAlister
Andrew David Beckwith
Vernadette Ramirez Broyles
Samuel Whiting
David S. Lawless
Nancy Frankel Pelletier
Bennett H. Klein
Gary D. Buseck
Mary Lisa Bonauto
Christopher Erchull
Carl F. Schmitt