# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1069        Short Title: Foote v. Ludlow School

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Alliance Defending Freedom _____ as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/David A. Cortman _____    March 20, 2023 _____
Signature                                       Date

David A. Cortman _____
Name

Alliance Defending Freedom _____     770-339-0774 _____
Firm Name (if applicable)                       Telephone Number

1000 Hurricane Shoals Rd. NE, Ste D1100         _____
Address                                         Fax Number

Lawrenceville, GA 30043 _____         dcortman@ADFlegal.org _____
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1139146 _____

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).